IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

**LINDA ANN KENDRICK**

    **Plaintiff,**

**v.**                                               **CV 07-PT-253-M**

**CLIENT SERVICES, INC.**

    **Defendant.**

### ORDER OF DISMISSAL

The court having been advised by counsel that the above-styled cause has been settled, it is

**ADJUDGED** that this cause is hereby **DISMISSED** without prejudice to the right of any party to reopen the action within 30 days, upon good cause shown, or to submit a stipulated form of final judgment.

**DONE** and **ORDERED** this 19th day of February, 2008.

_____
**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**